IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02598-BNB

JULIO ONTIVEROS-PEREZ

      Applicant,
v.

ANGELA MEDINA, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

## ORDER

Before the Court is Respondents' Pre-Answer Response (Doc. No. 8) to Mr. Ontiveros-Perez's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (Doc. No. 1).  Upon review of the Response, the Court finds that Respondent has identified the state criminal case at issue in this action as Case No. 06CR2138.  In the Application, Mr. Ontiveros-Perez identified Case No. 06CR2720 as the criminal case at issue.  Respondents and Applicant are directed to clarify the criminal case that is at issue in this action.  Accordingly, it is

ORDERED that **within twenty-one days from the date of this Order** both Respondents and Applicant shall submit further briefing as set forth above.

Dated:  January 19, 2012

                                        BY THE COURT:

                                        *s/Craig B. Shaffer*
                                        United States Magistrate Judge